### In the Matter of the Estate of Emma B. Armstrong, deceased.

### On Appeal of Charles E. Roland, Appellant, v. Samuel G. Grodson, Administrator, Appellee.

### Gen. No. 17,861. (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. THOMAS G. WINDES, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Affirmed. Opinion filed October 15, 1913.

### Statement of the Case.

Proceeding under R. S., ch. 3, §§ 81, 82; J. & A. ¶¶ 130, 131, to collect assets, by Samuel G. Grodson, administrator, to collect of estate of Emma B. Armstrong, against Charles E. Roland. From a judgment for plaintiff, defendant appeals.

JAMES H. STANSFIELD, for appellant.

BLUM & BLUM, for appellee.

MR. JUSTICE DUNCAN delivered the opinion of the court.

### Abstract of the Decision.

1. TRIAL, § 31*—*when case may be tried out of order.* Under Practice Act, § 21, J. & A. ¶ 8558, authorizing the court to try a

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.

cause out of its regular order for "good and sufficient cause," the sufficiency of such cause is a question for the trial court and its decision will not be interfered with on review unless there has been a clear abuse of discretion.

2. TRIAL, § 31*—when cause is properly advanced. Held that the advancement for trial of a cause concerning an estate was proper where such estate would be damaged by the delay.

3. EXECUTORS AND ADMINISTRATORS, § 79*—when assets may be recovered. R. S. ch. 3, §§ 81, 82, J. & A. ¶¶ 130, 131, as to the collection of assets by administrators, does not limit recovery only to "identical property," and where a person charged with the duty of selling property and paying debts of a woman, only paid a portion of such debts, held that the administrator of such woman was entitled to recover the remainder of the proceeds arising from the sale of property.

4. EXECUTORS AND ADMINISTRATORS, § 226*—when claim need not be probated. In a proceeding by an administrator under R. S. ch. 3, §§ 81, 82, J. & A. ¶¶ 130, 131, to collect assets, where it appeared that an agent of the deceased was to be allowed a certain commission for selling property, it was not improper to allow the retention of such commission without forcing the agent to probate his claim.